Janelle HILL, Individually and as the Next Friend of S.A.H.; William Hill, Individually and as the Next Friend of S.A.H., Plaintiffs–Appellees,

Sanofi–Aventis U.S., Inc.,
Defendant–Appellee,

v.

MEDCON, INC., Intervenor–Appellant,

and

Kenneth Edward Labowitz, Guardian ad litem for S.A.H., Party Below.

No. 13–2169.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 17, 2014.

Decided: April 21, 2014.

Joshua Harry Erlich, Erlich Law Office, Arlington, Virginia, for Appellant. Janelle Hill, Ozona, Florida; William Hill, Norfolk, Virginia; Syed Mohsin Reza, Mary Catherine Zinsner, Troutman Sanders, LLP, Tysons Corner, Virginia, for Appellees.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Medcon, Inc. appeals the district court's order denying its motion to intervene in a closed civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Sanofi–Aventis,* No. 1:09–cv–00463–CMH–TRJ (E.D. Va. filed Aug. 13, 2013; entered Aug. 14, 2013). Medcon's motion to strike Janelle Hill's informal brief is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*